**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6325**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE ANGEL PEREZ, a/k/a Angel,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, District Judge. (CR-93-26-F, CA-97-85-7-F)

───────────

Submitted: July 2, 1998                    Decided: July 27, 1998

───────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Jay Stephen Neisen, ZIMMER & ZIMMER, Wilmington, North Carolina, for Appellant. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Perez, Nos. CR-93-26-F; CA-97-85-7-F (E.D.N.C. Dec. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2